IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14cv515

| | |
|---|---|
| JESSIE FLUKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GENUINE AUTO PARTS COMPANY, ) | |
| d/b/a NAPA AUTO PARTS and ALVIN ) | |
| HILL, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court upon its own motion. On March 9, 2015, this Court entered an Order directing the Plaintiff to show cause within fourteen days why this action should not be dismissed without prejudice for failure to serve Defendants within the time period prescribed by Rule 4(m). Plaintiff has failed to respond. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby dismissed without prejudice.

Signed: April 1, 2015

Signed: April 1, 2015

Graham C. Mullen
United States District Judge